INTERNATIONAL DEMOGRAPHICS, INC., Plaintiff—Appellant

v.

SF NEWSPAPER COMPANY LLC; Exin LLC; Pan Asia Venture Capital Corporation; Florence Fang, Defendants—Appellee.

No. 06–20657.

United States Court of Appeals, Fifth Circuit.

June 12, 2007.

Maurice Lee Bresenhan, Jr., Zukowski & Bresenhan, Houston, TX, for Plaintiff–Appellant.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Hunter M Barrow, Thompson & Knight, Houston, TX, David G. Cabrales, Locke Liddell & Sapp, Dallas, TX, for Defendants–Appellee.

Before HIGGINBOTHAM, DAVIS, and WIENER, Circuit Judges.

PER CURIAM:[1]

After reviewing the record in this case and considering the briefs of the parties and argument of counsel, we are satosfoed that the district court committed no reversible error. We, therefore, affirm the district court judgment essentially for the reasons stated in its thorough Memorandum and Order dated July 10,2006.

AFFIRMED.

AFFIRMED.

1. Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.